IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 15-1441 (JEB) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant U.S. Department of State ("State") respectfully requests a short extension of time to file its motion for summary judgment, from July 8, 2016, to July 20, 2016. In support of this request, State avers as follows:

1. Pursuant to the Court's Minute Order of April 8, 2016, State's motion for summary judgment is due July 8, 2016. State, however, requires additional time to complete its declaration and *Vaughn* index and finalize its motion due to severe staffing and resource constraints that State's FOIA office is currently experiencing. State therefore requests that the deadline for its motion for summary judgment be extended to July 20, 2016.

2. State asks that the Court accordingly revise the subsequent deadlines for summary judgment briefing as follows:

    a. Plaintiff shall file its opposition to State's motion for summary judgment and any cross-motion for summary judgment by August 17, 2016.

    b. State shall file its reply in support of its motion for summary judgment and opposition to any cross-motion for summary judgment by September 14, 2016.

1

   c.  Plaintiff shall file its reply in support of any cross-motion for summary judgment by September 28, 2016.

Undersigned counsel has conferred with counsel for Plaintiff, who indicates that Plaintiff does not oppose this request.

Dated:  July 6, 2016        Respectfully submitted,

               BENJAMIN C. MIZER
               Principal Deputy Assistant Attorney General

               CHANNING D. PHILLIPS
               U.S. Attorney for the District of Columbia

               MARCIA BERMAN
               Assistant Director, Federal Programs Branch

               /s/ *Jason Lee*
               JASON LEE (CA Bar No. 298140)
               Trial Attorney
               Federal Programs Branch
               U.S. Department of Justice, Civil Division
               Telephone:  (202) 514-3367
               Fax:  (202) 616-8470
               Email:  Jason.Lee3@usdoj.gov

               Mailing Address:
               Post Office Box 883
               Washington, DC 20044

               Courier Address:
               20 Massachusetts Ave., NW Rm. 7328
               Washington, DC 20001

               *Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 15-1441 (JEB) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant U.S. Department of State's Consent Motion for Extension and Revised Summary Judgment Briefing Schedule, it is hereby ordered that:

1. Defendant shall move for summary judgment by July 20, 2016.

2. Plaintiff shall file its opposition to Defendant's motion for summary judgment and any cross-motion for summary judgment by August 17, 2016.

3. Defendant shall file its reply in support of its motion for summary judgment and opposition to any cross-motion for summary judgment by September 14, 2016.

4. Plaintiff shall file its reply in support of any cross-motion for summary judgment by September 28, 2016.

**SO ORDERED**.

_____                    _____
Date                                                                              JAMES E. BOASBERG
                                                                                       United States District Judge

## **NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to LCvR 7(k), the following attorneys are entitled to be notified of the entry of the foregoing:

Michael Bekesha
JUDICIAL WATCH, INC.
425 Third Street, SW Suite 800
Washington, DC 20024
phone: (202) 646-5172
fax: (202) 646-5199
email: mbekesha@judicialwatch.org

Jason Lee
United States Department of Justice, Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW Rm. 7328
Washington, DC 20530
phone: (202) 514-3367
fax: (202) 616-8470
email: Jason.Lee3@usdoj.gov